IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL E. GENDRON, <br> TDCJ #564831, <br>     Plaintiff, <br><br> v. <br><br> DOUG DRETKE, *et al.*, <br>     Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-06-0693 |

# FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order on Dismissal* of even date, this case is **DISMISSED** with prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **March 16, 2006.**

_____
Nancy F. Atlas
United States District Judge

060316.1421